UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
CARMICHAEL, VALARIE L. § Case No. 08-11598
 §
 Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on         . The case was converted to one under Chapter 7 on         . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Case 1-08-11598-MJK   Doc 108   Filed 01/15/14   Entered 01/15/14 11:03:49   Desc
Main Document      Page 1 of 14

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOHN H. RING, III_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1
Exhibit A

Case No: 08-11598 MJK Judge: MICHAEL J. KAPLAN
Case Name: CARMICHAEL, VALARIE L.

For Period Ending: 11/20/13

Trustee Name: JOHN H. RING, III
Date Filed (f) or Converted (c): 01/14/10 (c)
341(a) Meeting Date: 03/02/10
Claims Bar Date: 10/12/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6189 RT. 362, BLISS, NEW YORK | 48,000.00 | 0.00 | | 0.00 | FA |
| 2. M&T BANK - CHECKING ACCOUNT | 75.00 | 0.00 | | 0.00 | FA |
| 3. M&T BANK - SAVINGS ACCOUNT | 6.00 | 0.00 | | 0.00 | FA |
| 4. REGULAR HOUSEHOLD FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 6. 2004 FORD F-150 PICKUP | 19,050.00 | 5,048.04 | | 5,048.04 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.80 | Unknown |

TOTALS (Excluding Unknown Values) | $68,231.00 | $5,048.04 | | $5,050.84 | $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

REVIEW CLAIMS

THE 2004 FORD F-150 PICKUP WAS SOLD BY THE SECURED CREDITOR AND THE MONIES TO BE RECEIVED BY THE BANKRUPTCY ESTATE ARE THE SURPLUS - THE TRUSTEE WILL HAVE TO REMIT THE DEBTOR'S EXEMPTION ON SAID VEHICLE TO HER.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 08-11598 -MJK | Trustee Name: JOHN H. RING, III |
| Case Name: CARMICHAEL, VALARIE L. | Bank Name: The Bank of New York Mellon |
| | Account Number / CD #: *******7665 Money Market Account |
| Taxpayer ID No: *******2055 | |
| For Period Ending: 11/20/13 | Blanket Bond (per case limit): $ 19,362,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/10 | 6 | FORD MOTOR CREDIT COMPANY PO BOX 689007 FRANKLIN, TN 37068-9007 | SURPLUS MONIES FROM THE SECURED CREDITOR'S SALE OF 2004 FORD F-150 PICKUP DEPOSIT CHECK #35617456 | 1129-000 | 5,048.04 | | 5,048.04 |
| 07/21/10 | 001001 | VALARIE L. CARMICHAEL 6189 RT. 362 BLISS, NY 14024 | PAYMENT OF DEBTOR'S EXEMPTION ON 2004 FORD F-150 PICKUP (SOLD BY SECURED CREDITOR) | 8100-002 | | 2,400.00 | 2,648.04 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 2,648.27 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 2,648.50 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.52 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.54 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.56 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.58 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.60 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.62 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.64 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.66 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.68 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.70 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,648.72 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.08 | 2,643.64 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,643.66 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,618.66 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,618.68 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,593.68 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,593.70 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,568.70 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,568.72 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,543.72 |
| | | | Page Subtotals | | 5,048.80 | 2,505.08 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11598 -MJK | | Trustee Name: | JOHN H. RING, III |
|---|---|---|---|---|
| Case Name: | CARMICHAEL, VALARIE L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7665  Money Market Account |
| Taxpayer ID No: | *******2055 | | | |
| For Period Ending: | 11/20/13 | | Blanket Bond (per case limit): | $ 19,362,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,543.74 |
| 01/13/12 | | Trsf To Capital One | FINAL TRANSFER | 9999-000 | | 2,543.74 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 5,048.82 | 5,048.82 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,543.74 | |
| Subtotal | 5,048.82 | 2,505.08 | |
| Less: Payments to Debtors | | 2,400.00 | |
| Net | 5,048.82 | 105.08 | |

Page Subtotals   0.02   2,543.74

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-11598 -MJK | | Trustee Name: | JOHN H. RING, III |
| --- | --- | --- | --- | --- |
| Case Name: | CARMICHAEL, VALARIE L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7666 Checking Account |
| Taxpayer ID No: | *******2055 | | | |
| For Period Ending: | 11/20/13 | | Blanket Bond (per case limit): | $ 19,362,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals      0.00      0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11598 -MJK | Trustee Name: | JOHN H. RING, III |
|---|---|---|---|
| Case Name: | CARMICHAEL, VALARIE L. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9359 Checking Account |
| Taxpayer ID No: | *******2055 | | |
| For Period Ending: | 11/20/13 | Blanket Bond (per case limit): | $ 19,362,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/15/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 2,545.76 | | 2,545.76 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,530.76 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,515.76 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,500.76 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,485.76 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,470.76 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,455.76 |
| | | | COLUMN TOTALS | | 2,545.76 | 90.00 | 2,455.76 |
| | | | Less: Bank Transfers/CD's | | 2,545.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 90.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 90.00 | |

Page Subtotals  2,545.76  90.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11598 -MJK | | Trustee Name: | JOHN H. RING, III |
|---|---|---|---|---|
| Case Name: | CARMICHAEL, VALARIE L. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******4627  Money Market Account |
| Taxpayer ID No: | *******2055 | | | |
| For Period Ending: | 11/20/13 | | Blanket Bond (per case limit): | $ 19,362,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/12 | | Trsf In From The Bank of New York M | INITIAL WIRE TRANSFER IN | 9999-000 | 2,543.74 | | 2,543.74 |
| 01/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.12 | | 2,543.86 |
| 02/29/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.16 | | 2,544.02 |
| 03/30/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.17 | | 2,544.19 |
| 04/30/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.17 | | 2,544.36 |
| 05/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.17 | | 2,544.53 |
| 06/29/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.17 | | 2,544.70 |
| 07/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.17 | | 2,544.87 |
| 08/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.17 | | 2,545.04 |
| 09/28/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.17 | | 2,545.21 |
| 10/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.17 | | 2,545.38 |
| 11/30/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.17 | | 2,545.55 |
| 12/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.17 | | 2,545.72 |
| 01/09/13 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.04 | | 2,545.76 |
| 01/15/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 2,545.76 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 2,545.76 | 2,545.76 | 0.00 |
| | | Less: Bank Transfers/CD's | | 2,543.74 | 2,545.76 | |
| | | Subtotal | | 2.02 | 0.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 2.02 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********7665 | 5,048.82 | 105.08 | 0.00 |
| Checking Account - ********7666 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********9359 | 0.00 | 90.00 | 2,455.76 |
| Money Market Account - ********4627 | 2.02 | 0.00 | 0.00 |
| | 5,050.84 | 195.08 | 2,455.76 |
| Page Subtotals | 2,545.76 | 2,545.76 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11598 -MJK | Trustee Name: | JOHN H. RING, III |
|---|---|---|---|
| Case Name: | CARMICHAEL, VALARIE L. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******4627  Money Market Account |
| Taxpayer ID No: | *******2055 | | |
| For Period Ending: | 11/20/13 | Blanket Bond (per case limit): | $ 19,362,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Case Number: 08-11598
Debtor Name: CARMICHAEL, VALARIE L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | JOHN H. RING, III, ATTORNEY<br>385 CLEVELAND DRIVE<br>CHEEKTOWAGA, NY 14215 | Administrative | | $240.00 | $0.00 | $240.00 |
| 000002<br>070<br>7100-00 | GE Consumer Finance<br>For GE Money Bank<br>dba GROSSMAN'S BARGAIN OUTLET/GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 | Unsecured | | $235.69 | $0.00 | $235.69 |
| 000003<br>070<br>7100-00 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $1,044.36 | $0.00 | $1,044.36 |
| 000004<br>070<br>7100-00 | ECMC<br>7325 Beaufont Springs<br>Suite 200<br>Richmond, VA 23225 | Unsecured | | $5,010.30 | $0.00 | $5,010.30 |
| 000005<br>070<br>7100-00 | eCAST Settlement Corporation assignee of<br>Citibank USA NA/HOME DEPOT<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $1,619.80 | $0.00 | $1,619.80 |
| 000006<br>070<br>7100-00 | Ginny's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $961.02 | $0.00 | $961.02 |
| 000007<br>070<br>7100-00 | Country Door<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $944.26 | $0.00 | $944.26 |
| 000008<br>070<br>7100-00 | LVNV Funding LLC its successors and assigns as<br>assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $745.43 | $0.00 | $745.43 |
| 000009<br>070<br>7100-00 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $1,211.81 | $0.00 | $1,211.81 |
| 000010<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $498.72 | $0.00 | $498.72 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: November 20, 2013

Case Number: 08-11598
Debtor Name: CARMICHAEL, VALARIE L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000011 070 7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | CLAIM DISALLOWED BY ORDER OF JUDGE KAPLAN ON NOVEMBER 15, 2013 | $0.00 | $0.00 | $0.00 |
| 000012B 070 7100-00 | Robert D. Miller<br>Joseph A. Sakowski, Esq.<br>Attorney for Judgment Creditor<br>6890 Seneca Street<br>P.O. Box 399<br>Elma, NY 14059-0399 | Unsecured | (12-1) File date verified to original document. | $2,760.00 | $0.00 | $2,760.00 |
| 000013 070 7100-00 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Unsecured | | $903.27 | $0.00 | $903.27 |
| 000014 070 7100-00 | ECMC<br>PO Box 8809<br>Richmond, VA 23225 | Unsecured | (14-1) Valarie L Carmichael xxx-xx-5020 | $13,265.94 | $0.00 | $13,265.94 |
| 000015 070 7100-00 | PRA Receivables Management, LLC<br>as Agent of<br>Portfolio Recovery Assocs.<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $2,624.22 | $0.00 | $2,624.22 |
| 000016 070 7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $639.58 | $0.00 | $639.58 |
| 000017 070 7100-00 | Robert D. Miller<br>1481 Blood Road<br>Cowlesville, NY 14037 | Unsecured | CLAIM DISALLOWED BY ORDER OF JUDGE KAPLAN ON NOVEMBER 15, 2013 | $0.00 | $0.00 | $0.00 |
| 000001 050 4210-00 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Secured | | $4,218.28 | $0.00 | $4,218.28 |
| 000012A 050 4210-00 | Robert D. Miller<br>Joseph A. Sakowski, Esq.<br>Attorney for Judgment Creditor<br>6890 Seneca Street<br>P.O. Box 399<br>Elma, NY 14059-0399 | Secured | (12-1) File date verified to original document. | $4,473.71 | $0.00 | $4,473.71 |
| | Case Totals: | | | $41,396.39 | $0.00 | $41,396.39 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-11598
Case Name: CARMICHAEL, VALARIE L.
Trustee Name: JOHN H. RING, III

　　　　Balance on hand　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ | $ | $ | $ |
| 000012A | Robert D. Miller | $ | $ | $ | $ |

　　　Total to be paid to secured creditors　　　　　　　　$_____

　　　Remaining Balance　　　　　　　　　　　　　　　　$_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOHN H. RING, III | $ | $ | $ |
| Attorney for Trustee Fees: JOHN H. RING, III, ATTORNEY | $ | $ | $ |

　　　Total to be paid for chapter 7 administrative expenses　　$_____

　　　Remaining Balance　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | GE Consumer Finance | $ | $ | $ |
| 000003 | eCAST Settlement Corporation | $ | $ | $ |
| 000004 | ECMC | $ | $ | $ |
| 000005 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000006 | Ginny's | $ | $ | $ |
| 000007 | Country Door | $ | $ | $ |
| 000008 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
| 000009 | Seventh Avenue | $ | $ | $ |
| 000010 | Roundup Funding, LLC | $ | $ | $ |
| 000011 | Roundup Funding, LLC | $ | $ | $ |
| 000012B | Robert D. Miller | $ | $ | $ |
| 000013 | eCAST Settlement Corp | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | ECMC | $ | $ | $ |
| 000015 | PRA Receivables Management, LLC | $ | $ | $ |
| 000016 | Chase Bank USA NA | $ | $ | $ |
| 000017 | Robert D. Miller | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE